JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| Case No.: | 2:22-cv-00803-SB-AS | Date: | May 17, 2022 |
|---|---|---|---|

| Title: | *Fatemeh Mahalati v. Matthew Gary Shultz, et al.* |
|---|---|

| Present: The Honorable | STANLEY BLUMENFELD, JR., U.S. District Judge |
|---|---|

| Jennifer Graciano | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Appearing | None Appearing |

**Proceedings:**    [In Chambers] ORDER DISMISSING CASE WITHOUT PREJUDICE

On May 7, 2022, the Court ordered Plaintiff to show cause (OSC), in writing and no later than May 13, 2022, why this action should not be dismissed for lack of prosecution due to Plaintiff's failure to file a proof of service for any Defendant within 90 days of filing her complaint. Dkt. No. 14. The OSC stated that the Court would consider as an appropriate response to the OSC "the filing of proofs of service showing that the relevant defendants were served within the 90-day period or a showing of good cause for extending the service period. *Id.* The OSC further stated "[f]ailure to respond . . . will result in the dismissal without prejudice of the action in its entirety." *Id.* Plaintiff has failed to respond to the OSC. Accordingly, the Court hereby **dismisses** this case in its entirety, without prejudice, for lack of prosecution.

**IT IS SO ORDERED**.